

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/24/2020 15:44 EST

Page 1 of 5



## SYNOPSIS

On October 10, 2019, HSI Pittsburgh Special Agents initiated an investigation into Internet Protocol (IP) address 73.236.46.118 which resolves back to the residence of Edward BAKER III at ███ Oil City, Pennsylvania. HSI Pittsburgh and the ████████ Pennsylvania Attorney General's Office have conducted numerous downloads of child exploitation material from the suspect IP address over the course of the last several months.

This Report of Investigation will detail the field interview of Edward BAKER III.

**CASE NUMBER**
PB07QR20PB0003

**CASE OPENED**
10/16/2019

**CURRENT CASE TITLE**
Edward Baker - IP 73.236.46.118

**REPORT TITLE**
Field Interview of Edward BAKER III

**REPORTED BY**
Brandon Wargo
SPECIAL AGENT

**APPROVED BY**
Frank Mulkearns
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/6/2020

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Edward Baker - IP 73.236.46.118 | PB07QR20PB0003-004 | 1/6/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

02/24/2020 15:44 EST                                                                 Page 2 of 5

## DETAILS OF INVESTIGATION

On December 18, 2019, HSI Pittsburgh Special Agents with the assistance of the Oil City Police Department and the North Strabane Police Department executed a federal search warrant at the residence of Edward BAKER located at █████████████ Oil City, Pennsylvania.

At approximately 1030 hours, HSI Pittsburgh Special Agents "knocked and announced" at the residence.  Shortly after Edward BAKER III opened the door to the kitchen.  BAKER III was wearing only a towel and appeared to have just exited the shower.  BAKER III was secured, and the residence was cleared for officer safety reasons.  BAKER III was permitted to get dressed and was advised he was not under arrest and was free to leave at any time. BAKER III stated he wished to stay at the house so he could "find out what was going on."

BAKER III consented to a voluntary interview by Special Agent Wargo and Special Agent Spory.

BAKER III stated he is a resident of █████████████ Oil City, Pennsylvania and has resided at the address for approximately 22 years.  BAKER III stated he currently lives at his residence with his wife Ann BAKER (herein known as ANN) and his son Edward BAKER IV (herein known as BAKER IV).

BAKER III provided a contact telephone number of █████████████████████████(C).

BAKER III was asked for and provide his Pennsylvania drivers license (PA 21980137) and stated his birthday was ██████████ 1969 (52 years old).

BAKER III stated he suffers from a "rage disorder" and PTSD, which are the results of being in a motorcycle crash when he was approximately 18 years old.  BAKER III stated he takes medication and is current on taking the medication as prescribed.

BAKER III stated he currently works for a landscape service and has been employed by them for approximately 3-4 years.

BAKER III stated the house currently receives internet service through Xfinity. The internet is available via password protected Wi-Fi.

**AGENTS NOTE - at this point SA Wargo asked BAKER III to contact his son BAKER IV via telephone and ask him to return home so he could be interviewed.  BAKER III acknowledged the request and BAKER IV advised he would return home in approximately 45 minutes.**

---

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Edward Baker - IP 73.236.46.118 | PB07QR20PB0003-004 | 1/6/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

SA Wargo advised BAKER III the nature of the search warrant and how it related to child exploitation offenses, namely the distribution of child pornography.

BAKER III immediately responded, "It's me, you don't need to talk to anyone else here."

BAKER III stated he utilizes a program named "Torex" on his Xbox One to download images and videos of child exploitation material.

BAKER III was asked if he knew what the term "child pornography" meant. BAKER III responded, "Yes," and described child pornography as "sexual intercourse with someone under 18." SA Wargo advised BAKER III of the federal definition of child pornography. BAKER III nodded his head in agreement what he was just told.

BAKER III claimed he had been downloading child pornography for approximately one (1) month. SA Wargo confronted BAKER III with download information held by HSI which showed BAKER III had been actively allowing others to download child pornography from him since at least April 4, 2019. BAKER III responded, "sometimes my sense of time is not right because of my PTSD." BAKER III did not deny he was the actor responsible for the activity during this period, rather, he just indicated he didn't remember.

BAKER III stated he only used the Xbox One to view child pornography. BAKER III stated there may be some child pornography on the removable green hard drive connected to it.

BAKER III stated he used his current cellular telephone, an LG, to view stuff that was "legal." BAKER III was asked what "legal" meant. BAKER III then showed SA Wargo several links saved on his phone which directed the user to a website nn-formus.net/topics/preteen. The images which were immediately present on depicted what appeared 10-12 year old females in various stages of nudity in "nudist" settings.

BAKER III was asked for the search terms he would utilize to search for child exploitation material. BAKER IIII provided "Siberian Mouse," "JulyJailBait," and "PTCH." BAKER III explained he did not know what PTHC meant, however, "it has something to do with it."

BAKER IIII stated he would usually look at child exploitation material and then transition to adult pornography.

BAKER III stated he does not receive sexual gratification by looking at child exploitation material.

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/24/2020 15:44 EST                                                                                                  Page 4 of 5

BAKER III stated after he views the files of child exploitation material he deletes them or they go to a file somewhere where he can't find them.  BAKER III stated he had to view the material within the Torex application.

BAKER III stated he became interested in child exploitation material because he, "ran into it and was curious and for the shock value." BAKER further explained he was at a bar drinking and someone, who he refused to name, started to talk about viewing child exploitation material.  BAKER III stated he didn't think the person could be telling the truth about how accessible it was so he went home and "typed in a search and off I went."

BAKER III stated he conceals viewing child exploitation material by deleting the files and not accessing it while his wife is at home.

BAKER III claimed he did not know he was actively sharing child exploitation information with other individuals, despite the fact he appeared to have a working knowledge of how peer-to-peer file sharing systems work.  BAKER III stated the whole file needed to be downloaded before he was able to view it.

BAKER III claimed all of his friends on Xbox are related to his playing "Gears of War 5." BAKER III stated most of my friends are adults.

BAKER III stated he does not believe he accessed child exploitation material on any other device other then his Xbox (with the exception of his "legal" viewing on his cellular telephone).

During the search of BAKER III's residence a small amount of marijuana was found in a glass mason jar which was found in BAKER III's upstairs tv room.  BAKER III acknowledged the substance was in fact marijuana and it was his.  BAKER III was permitted to destroy the small amount in the presence of special agents.

After BAKER III destroyed the marijuana he stated he used it to treat his PTSD.  BAKER III was asked if he had a medical marijuana card, issued by the state of Pennsylvania.  BAKER III responded, "No, because if I had the card then I would not be allowed to possess my guns."  BAKER III was further questioned about his use of controlled substances and stated he only uses marijuana. BAKER III was asked what type of firearms he owns and stated he had, "a few for hunting."

BAKER III was questioned about his hunting activities and stated he was not allowed to go hunting alone because of his mental health issues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Edward Baker - IP 73.236.46.118 | PB07QR20PB0003-004 | 1/6/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/24/2020 15:44 EST

Page 5 of 5

BAKER III was asked about his military service, which he briefly touched on during the initial biographical acquisition period of the interview. BAKER III  stated he was forced out of the military (US Navy) during basic training for an "incident." BAKER III stated he got into some trouble, "following orders" and "it was either leave the military or go to federal prison."  BAKER III decline to elaborate on what type of trouble he was in or further details of his separation from the military.

BAKER III was asked if he would like to provide a written statement, he declined.

At the conclusion of the interview BAKER III was asked about his current mental state.  BAKER III stated he was not suicidal and he would be making arrangements to speak to his counselor.

BAKER III was presented with a copy of the search warrant and a return for the items seized by HSI Special Agents.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Edward Baker - IP 73.236.46.118 | PB07QR20PB0003-004 | 1/6/2020 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.